Edward K. Macrum et al., Appellants, *v.* Richard W. Hawkins et al., Individually, and Constituting the Board of Supervisors of Suffolk County, et al., Respondents.

(Submitted April 10, 1933; decided April 18, 1933.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 193.)